Argued and submitted June 19, 1991, affirmed February 12, reconsideration denied April 15, petition for review pending 1992

## MASSOUD SALEMNARAGHI,
*Appellant,*

*v.*

## STATE OF OREGON,
*Respondent.*

### (A 9004-02462; CA A66691)

825 P2d 654

Peter Miller, Portland, argued the cause for appellant. With him on the brief was Knappenberger & Mendez, Portland.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Newman, J., deceased.